Olumide K. Obayemi (SBN 219562)
The Law Offices of Olumide K. Obayemi
337 Caliente Circle
San Leandro, CA 94578-4144
Tel/Fax: (510) 352-3000
Cell: (510) 798-8732
E-mail: obayemilaw@yahoo.com

Attorneys for **SOMRAJ SINGH**

E. PATRICK ELLISEN (CA State Bar No. 142033)
SRECKO VIDMAR (CA State Bar No. 241120)
GREENBERG TRAURIG LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Plaintiff
RE/MAX INTERNATIONAL, INC.

*IT IS SO ORDERED*
*James Ware*
Judge James Ware
8/20/2009

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| RE/MAX INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SOMRAJ SINGH, <br><br> Defendant. | Civil Case No. **CV-08-5785**-JW (HRL) <br><br> **DEFENDANT SOMRAJ SINGH dba Savemax Realty and Design's STIPULATED NOTICE OF DISMISSAL OF COUNTERCLAIMS WITH PREJUDICE** <br><br> **JURY TRIAL DEMANDED** |

SOMRAJ Complaint                                                                                           1

The Law Offices of
Olumide K. Obayemi

1  NOTICE IS hereby given that, pursuant to Rules 11 and 41(a), of the Federal Rules of Civil Procedure, Defendant SOMRAJ SINGH dba Savemax Realty ("Singh") voluntarily dismisses Defendant's Counterclaims, *WITH PREJUDICE*.  Plaintiff, RE/MAX International, Inc. hereby stipulates to Defendant's dismissal of the Counterclaims, *WITH PREJUDICE*, as indicated by the signature of Plaintiff's counsel below.

Dated: August 17, 2009                      The Law Offices of Olumide K. Obayemi


                                            _____//s//_____
                                            Olumide K. Obayemi
                                            Attorneys for the Defendants


Stipulated by Plaintiff RE/MAX International, Inc.:

Dated: August 17, 2009                      GREENBERG TRAURIG LLP


                                            /s/ John Posthumus
                                            John Posthumus
                                            Attorneys for the Plaintiffs