IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Re/Max International, Inc., | NO. C 08-05785 JW |
|         Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE; MODIFYING CASE SCHEDULE** |
|    v. | |
| Somraj Singh, | |
|         Defendant. | |

This case is scheduled for a Case Management Conference on October 19, 2009. Plaintiff filed a Case Management Statement. (See Docket Item No. 42.) To date, Defendant, who is pro se, has not filed a Case Management Statement. Defendant has informed the Court that he is in India and is unable to come to the United States; he has not informed the Court when he will return to the United States. (See Defendant's Letter, Docket Item No. 41.)

On May 13, 2009, the Court issued a Scheduling Order for this case. (Docket Item No. 20.) On July 29, 2009, the Court granted Defendant's counsel's Motion to Withdraw. (See Docket Item Nos. 33, 37.) In its Order, the Court stayed the case schedule for 60 days to allow Defendant to obtain new counsel.[1] To date, Defendant has not obtained new counsel and appears to be proceeding pro se.[2]

---

[1] (Order Granting Motion to Withdraw as Counsel of Record at 2, Docket Item No. 37.)

[2] The Court has received two letters from Defendant informing the Court that he is in India and will not be able to return to the United States for some period of time. (See Docket Item Nos. 32, 41.) Although Defendant is pro se, the Court reminds Defendant that failure to participate in the litigation according to the case schedule may subject to Defendant to sanctions pursuant to the Civil Local Rules and Federal Rules of Civil Procedure.

In light of the parties' submissions to date, and Defendant's absence from the United States, the Court modifies the case schedule as follows:

(1) All discovery shall be completed by **March 8, 2010**.

(2) The last date for *hearing* dispositive motions shall be **May 3, 2010 at 9 a.m.**

(3) On **February 8, 2010 at 11 a.m.**, the parties shall appear for a Preliminary Pretrial Conference. On or before **January 29, 2010**, the parties shall file a Joint Preliminary Pretrial Conference Statement. The Joint Statement shall include, among other things, the parties' proposed trial schedule and readiness for trial.

Dated: October 15, 2009

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

E. Patrick Ellisen ellisenp@gtlaw.com
Srecko Vidmar vidmarl@gtlaw.com

Somraj Singh
4 New Rasila Nagar Phase II
Basti Danishmandan
Jalandhar, Punjab, 144002

**Dated:  October 15, 2009**                    **Richard W. Wieking, Clerk**

                                                **By:     /s/ JW Chambers**
                                                         **Elizabeth Garcia**
                                                         **Courtroom Deputy**